THE STATE, EX REL. TONCRAY, *v.*
SUMMIT COUNTY BOARD OF ELECTIONS.

(No. 81-1529—Decided October 29, 1981.)

*Amer, Cunningham & Brennan Co., L.P.A.,* and *Mr. Nickolas P. Andreeff,* for relator.

*Mr. Lynn C. Slaby,* prosecuting attorney, and *Mr. Wayne H. Calabrese,* for respondent.

*Per Curiam.* Relator's complaint does not seek relief which may be granted in an action in prohibition. Prohibition lies to prevent the usurpation of judicial or quasi-judicial power. See *State, ex rel. Lehmann,* v. *Cmich* (1970), 23 Ohio St. 2d 11. The action of a board of elections in placing issues on the ballot is not an exercise of quasi-judicial power. *State, ex rel. Williams,* v. *Brown* (1977), 52 Ohio St. 2d 13, 16; *State, ex rel. O'Grady,* v. *Brown* (1976), 48 Ohio St. 2d 17, 20.

Accordingly, the writ is denied.

*Writ denied.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.